IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CEDRIC G. HINSON,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4280

Opinion filed October 21, 2015.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Nancy A. Daniels, Public Defender, and Courtenay H. Miller, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Quentin Humphrey, Assistant Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.  Rivero v. State, 35 So. 3d 183 (Fla. 3d DCA 2010).

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.